IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1037-WJM-GPG

BRUCE PANCZNER,

    Plaintiff,

v.

WESTERN ADVENTURES, INC., and
LESLEY A. FRASER, M.D.,

    Defendants.
_____

**ORDER FOR DISMISSAL WITH PREJUDICE AGAINST
DEFENDANT WESTERN ADVENTURES, INC. ONLY**
_____

    THE COURT, having reviewed the Parties' Stipulation for Dismissal with Prejudice against Western Adventures, Inc. Only (ECF No. 59), hereby ORDERS as follows:

    The Stipulation of Dismissal is GRANTED for good cause shown. Defendant Western Adventures, Inc., is hereby dismissed from this action, with prejudice, with each party to pay his or her own attorney's fees and costs. The claims against Lesley A. Fraser, MD remain fully pending in this action.

    The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 9th day of July, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge