IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-1037-WJM-GPG

BRUCE PANCZNER,

    Plaintiff,

v.

LESLEY A. FRASER, M.D.,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Stipulated Motion to Dismiss Lesley A. Fraser, M.D., with Prejudice [ECF 136] entered by Judge William J. Martínez on October 30, 2019, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Parties' Stipulated Motion to Dismiss [ECF 135] is granted. It is further

    ORDERED that this civil action and Complaint are dismissed with prejudice as settled and this case will be closed.

    ORDERED that each party shall bear their own costs.

DATED at Denver, Colorado this 30th day of October, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
    Anna Frank, Deputy Clerk